IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DIEGO LARA ANDRADE,

        Petitioner,

    v.

BRAD CAIN,

        Respondent.

No. 2:17-cv-00746-SU

ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Sullivan issued a Findings & Recommendation (#42) on September 17, 2018, in which she recommends the Court deny Petitioner's habeas corpus action and decline to issue a Certificate of Appealability. Petitioner has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Petitioner's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

After the Findings & Recommendation was filed, Petitioner filed a motion for relief from judgment. The motion was filed before a judgment was issued but it appears to request an extension of time to file a memoranda supporting the habeas petition. Given that the Findings & Recommendation had issued before Petitioner filed this motion, and that Petitioner had already received several extensions of time in which to file his supporting memoranda, the motion is denied.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [49], and therefore, the Petition for Writ of Habeas Corpus [2] is denied. The Court declines to issue a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2). The motion for relief from judgment [49] is denied.

IT IS SO ORDERED.

DATED this 17 day of Sept., 2019.

Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER